IN THE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SCOTTSDALE INSURANCE COMPANY,
as subrogee of NATIONAL CONCRETE
PRESERVATION, INC.,

     Plaintiff,

vs.                            CASE NO.:1:18-cv-21207-CMA

GRANADA INSURANCE COMPANY,

     Defendant.

_____/

**<u>NOTICE OF FILING EXHIBITS A THROUGH P TO COMPLAINT FOR
DECLARATORY RELIEF AND BREACH OF CONTRACT</u>**

COMES NOW the Plaintiff, SCOTTSDALE INSURANCE COMPANY

as subrogee of NATIONAL CONCRETE PRESERVATION, INC., by and

through its undersigned counsel, and files its Notice of Filing Exhibits A

through P to the Complaint for Declaratory Relief and Breach of Contract.

Respectfully submitted,

BUTLER WEIHMULLER KATZ
CRAIG LLP


*/s/ Kathy J. Maus*
KATHY J. MAUS, ESQ.
Florida Bar No.:  0896330
kmaus@butler.legal
J. BLAKE HUNTER, ESQ.
Florida Bar No.:  570788
jhunter1@butler.legal
Secondary: lchrist@butler.legal
Mail Center: 400 N. Ashley Drive,
                        Suite 2300
                        Tampa, Florida 33602
Telephone: (850) 894-4111
Facsimile: (850) 894-4999
*Attorneys for Scottsdale Insurance Co..*