EXHIBIT E

# SUBCONTRACT AGREEMENT

**CONTRACTOR:**

NATIONAL CONCRETE PRESERVATION, INC.
2550 N.W. 39th Street
Miami, Florida 33142
Telephone: (305) 546-8113
Facsimile: (305) 637-5500
Attn: Eddie Lopez

License No.: GCG 150-4409

**SUBCONTRACTOR:**

ROSMEL POOLS INC
8045 NW 36 Street, Suite 540
Dorla, FL 33316
Telephone: 305-592-7900
Facsimile: 305-592-7997
Attn: Marcos Martinez

License No.:    CPC 145-6904

THIS SUBCONTRACT AGREEMENT (the **"Agreement"** or **"Subcontract"**) is made and entered into as of this _____ day of August, 2011, by and between NATIONAL CONCRETE PRESERVATION, INC., a Florida corporation (**"Contractor"**) and ROSMEL POOLS INC, a Florida corporation (**"Subcontractor"**).

## ARTICLE 1 - SCOPE OF SUBCONTRACT

(a)    Subcontractor will furnish all supervision, administration, coordination, labor, tools, equipment, materials, supplies, shop drawings, transportation, samples, licenses, taxes, services, expenses, and all items necessary for the proper and complete performance and acceptance of the work described in Exhibit "A" attached hereto and made a part hereof (collectively, the **"Work"** or **"Scope of Work"**), for that certain construction project located at 3625-3675 North Country Club Drive Aventura, Florida (the **"Project"**) which is owned by Eldorado Towers Condominium Association, Inc. (**"Owner"**).

(b)    The Subcontract Documents consist of this Agreement, all Exhibits hereto, all bid documents, general and special conditions, specifications, schedules, drawings, any modifications issued after execution of this Agreement, all documents that form the contract between Contractor and Owner (the **"Prime Contract"**), and other items enumerated in Exhibit "B" (collectively, the **"Subcontract Documents"**).    The Subcontract Documents represent the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral.

(c)    The Exhibits of this Agreement, which are attached hereto and incorporated herein, are as follows:

EXHIBIT A:     Scope of Work
EXHIBIT B:     Subcontract Documents
EXHIBIT C      Schedule
EXHIBIT D:     Form of Payment Application
EXHIBIT E:     Form of Lien Waivers and Releases and Contractor's Affidavit
EXHIBIT F:     List of Subcontractors, Etc.
EXHIBIT G:     Daily Construction Report Form
EXHIBIT H:     Subcontractor's Insurance Policies

(d)    Subcontractor will perform, and cause to be performed, the Work in strict accordance with (i) the Subcontract Documents, which may be modified and amended with the approval of Contractor from time to time, (ii) the agreement between Contractor and Owner relating to the Project, and (iii) the schedule of Work attached hereto as Exhibit "C", as the same may be amended and modified from time to time by and at the sole discretion of Contractor (the **"Schedule"**).

(e)    The intent of the Subcontract Documents is to provide the Owner with a complete and functional Project in full compliance with all applicable local, state and national building codes and regulations, statutes,

{FT540721;4}

licensing requirements (including continuing education) and accepted industry standards. All labor, materials and/or services required fully to comply with the intent of the Subcontract Documents are included under the scope of this Agreement and Subcontractor's Work.

(f)   Any request by Subcontractor for extra work, materials or services will not be approved as an extra if in the sole opinion of the Contractor the work in question is already required by the Subcontract Documents.

## ARTICLE 2 – SUBCONTRACT SUM AND PAYMENT PROCEDURE

(a)   Subject to the terms, conditions and requirements set forth in the Subcontract Documents, Contractor will pay Subcontractor, in current funds for Subcontractor's performance of the Work, the fixed sum of **FORTY THOUSAND TWO HUNDERDED AND 00/100** Dollars ($ **40,200.00**) (the "**Subcontract Sum**"), subject to additions and deletions as herein provided.

(b)   Subcontractor may be paid once per month. Payment requests for completed work must be properly submitted to Contractor on Contractor's application for payment form attached hereto as Exhibit "D" ("**Payment Application**"), along with Subcontractor's lien releases and affidavit (as set forth below) and an updated Schedule of Values, on or before the 20th day of the month to be paid on or about the 15th day of the following month, subject to the terms and conditions of this Agreement and Subcontractor's compliance with the Subcontract Documents. Subcontractor understands and agrees that Subcontractor will not be entitled to payment other than in accordance with this Agreement and the Subcontract Documents, and Subcontractor will not invoice or otherwise request payment from Contractor other than in accordance with same.

(c)   Each Payment Application shall indicate the percentage of completion of each portion of the Work as of the end of the period covered by the Payment Application. Subject to the other provisions of the Subcontract Documents, the amount of each progress payment shall be computed as follows and Work will be billed per the Schedule of Values:

(i)   Take that portion of the Subcontract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the Subcontract Sum allocated to that portion of the Work in the Schedule of Values, less Retainage (as defined below);

(ii)   Add that portion of the Subcontract Sum properly allocable to materials and equipment delivered and suitably stored at the Project site for subsequent incorporation in the completed construction (or, if approved in advance by the Contractor, suitably stored off-site at a location agreed upon in writing), less Retainage;

(iii)   Subtract the aggregate of previous payments made by Contractor; and

(iv)   Subtract amounts, if any, for which the Engineer has withheld or nullified a certificate for payment.

(d)   The parties further agree that Subcontractor shall not submit a Payment Application for materials and equipment for the Work until after such time as same have been delivered to the job site.

(e)   Contractor shall retain a ten percent (10%) retainage (the "**Retainage**") from every draw request from the Subcontractor. Retainage must be billed separately at the end of the Project.

(f)   It is specifically agreed by Subcontractor that a material matter of inducement and consideration for the award of this Subcontract by the Contractor is that any progress payments, final payment, other payment(s), inclusive of any Retainage, shall only be made following receipt of, and is contingent upon, Contractor's receipt of payment for the Work from the Owner to the Contractor, such payment being a complete condition precedent to any obligation of the Contractor to make payment to the Subcontractor. In no way is Contractor, or its surety (if any), required to make payment to Subcontractor for the Subcontractor's Work prior to Contractor's receipt of monies therefore from Owner. This clause takes precedence over, and is superior to, any clause to the contrary contained in any documents related to the Project. The rights and obligations set forth herein shall be binding on

all parties who provide any Work, labor, services, and/or materials to the Project. In no event shall this clause be interpreted to provide for a fixed, reasonable amount of time for payment. Moreover, the Subcontractor fully understands that in the event of non-payment by the Owner to the Contractor for the Work, the Subcontractor has legal recourse directly against the Owner through Construction Lien Laws or other legal procedures for its payment of the Subcontract Sum.

(g)    Subcontractor hereby agrees to apply all monies earned under this Subcontract, first to any labor and materials, and only then to Subcontractor's profits.

(h)    Prior to receipt of any payment hereunder, Subcontractor shall provide releases of lien for materials and work performed under this Agreement including releases from all sub-subcontractors, material suppliers, and/or laborers, in accordance with the requirements of Chapter 713, Florida Statutes, and affidavits and acknowledgements of payments for material, labor and equipment supplied under this Agreement in the forms provided in Exhibit "E" attached hereto ("**Waivers and Releases of Lien and Final Contractor's Affidavit**"). Furthermore, should any construction lien be filed by any supplier, materialman or sub-subcontractor of Subcontractor, Subcontractor shall immediately cause such lien to be discharged or transferred to bond, and Subcontractor shall protect, defend, indemnify and hold both Contractor and Owner harmless in respect of such lien.

(i)    Subcontractor shall not front-end load its Payment Application.

(j)    Subcontractor's right to final payment is subject to the following provisions:

(i)    Subcontractor has fully performed its Work, including "punch list" items, to the satisfaction of Contractor and pursuant to the terms and conditions of the Subcontract Documents;

(ii)    A final certificate for payment has been issued by the Contractor and Engineer;

(iii)    Subcontractor has given evidence satisfactory to Contractor that the Project is free from all liens and other claims arising by reason of the Work performed by or under Subcontractor;

(iv)    Subcontractor has satisfactorily completed any repairs to the Work required under this Agreement or the Subcontract Documents, including but not limited to any and all punchlist items;

(v)    Delivery to Contractor at the time of final payment, in form acceptable to Contractor of final releases of lien, affidavits and acknowledgements of payments for material, labor and equipment supplied under this Subcontract, in accordance with the requirements of Chapter 713, Florida Statutes and Exhibit "D";

(vi)    Delivery to and acceptance by Contractor of all required close-out documents in form and substance satisfactory to Contractor, including but not limited to, as-built drawings, a complete set of Change Orders, guaranties, warranties, manufacturer's warranties, operation and maintenance manuals, as well as any other documents requested by Contractor; and

(vii)    Receipt by Contractor of all required final approvals and permits from governmental entities or other entities having jurisdiction over the Project;

(viii)    Receipt by Contractor of all Daily Construction Reports (as defined in Article 5);

(ix)    Subcontractor has completed its final site clean-up and restoration, including without limitation, removal of all excess materials and miscellaneous debris, supplies, equipment and trailers;

(x)    A certificate evidencing that insurance required by the Subcontract Documents to remain in force after final payment is currently in place and will not be cancelled or allowed to expire until at least forty-five (45) calendar days prior written notice has been given to Contractor and Owner;

(xi)    A written statement by Subcontractor that the Subcontractor knows of no substantial reason that the insurance will not be renewable to cover the period required by the Subcontract Documents; and

(xii)    Subcontractor has complied with all other requirements of the Subcontract Documents and any other reasonable requirements of Contractor for the disbursement of final payment.

(k)    Subcontractor's acceptance of final payment shall constitute full and final settlement of all obligations of the Owner and Contractor to the Subcontractor with respect to this Subcontract, except those claims which Subcontractor has specifically reserved in writing, with amounts of each claim specified. Failure to specify the amounts of any claim so reserved shall constitute a waiver of such claim.

(l)    Contractor's making of final payment shall not be deemed as acceptance of the Work provided by Subcontractor.

(m)    Subcontractor acknowledges and agrees that, at Owner's (or Owner's lender's) sole discretion, payments hereunder may be delivered by Owner (or Owner's lender) directly to Subcontractor, and despite any such direct payment, Subcontractor will not be deemed in privity with Owner.

(n)    Subcontractor will furnish a sworn statement of account showing the names and addresses of all parties who furnish Subcontractor labor or materials with the amount due or to become due and a description of the nature of the labor or services performed and to be performed, each as often as requested by Contractor. A similar statement may be required by Contractor from any sub-subcontractors of Subcontractor.

(o)    Contractor and Owner retain the right to pay directly any sub-subcontractor, material supplier or laborer for any partial or final payment or, in its discretion, to issue joint checks payable to the Subcontractor and any sub-subcontractor, material supplier or laborer.

(p)    Subcontractor agrees that it will be responsible for any increase in material or equipment prices, and will not seek an increase in the Subcontract Sum due to such increases.

## ARTICLE 3 - CHANGES

(a)    Contractor may, without invalidating the Agreement, order extra and/or additional work, deletions, or other modifications to the Work, such changes to be effective only upon written order of Contractor. Any adjustment to the Subcontract Sum or to the Schedule for completion of the Work shall be made in accordance with the Subcontract Documents, as necessary. Upon notification or recognition that a change is necessary, Subcontractor shall prepare a proposed change order setting forth: (i) the reason for the change; (ii) any additional or deductive costs associated with the change; and (iii) any effect on the Subcontract Time. In the event that the Subcontractor fails to submit a proposed change order within five (5) business days of being informed of the necessity for a change, or when Subcontractor, or a reasonably prudent subcontractor would have known such change was necessary, the Subcontract Sum and Subcontract Time shall be adjusted as reasonably determined by Contractor for the value of the Work. Notwithstanding any inability to agree upon any adjustment or the basis for an adjustment, Subcontractor shall, if directed by Contractor, nevertheless proceed with the Work in accordance with the change order, and any changes to the Subcontract Sum or Subcontract Time shall be adjusted as reasonably determined by Contractor, with any dispute to be resolved after the completion of the Work. If requested by Contractor, the Subcontractor shall perform extra work on a time and material basis.

Notwithstanding anything to the contrary set forth in the Subcontract Documents, the Subcontractor shall not receive payment for additional work or work that deviates from the Subcontract Documents performed without a written authorization from Contractor executed prior to commencement of any such work (i.e., if Subcontractor discovers subsurface or other concealed conditions not visible or for which Subcontractor was not aware prior to execution of this Subcontract, Subcontractor shall not proceed with correcting, removing, altering or remedying such condition without previously receiving a written Change Order authorizing such additional work and, if Subcontractor performs such additional work without prior receipt of such Change Order, it does so at its own risk and cost). If Subcontractor was aware of the existence of subsurface or other concealed conditions prior to execution of this Subcontract, then any additional work necessary to correct, remove, alter or remedy such condition in connection with the Work will be deemed within the scope of work for this Subcontract and included in the Subcontract Sum (unless otherwise specifically excluded under the Subcontract Documents).

{FT540721;1}

(b)     Subcontractor shall be entitled to ten percent (10%) of the sum of Subcontractor's direct cost for labor (including labor burden) and material (including sales tax) related to an approved change order for extra and/or additional work ordered by Contractor for the Subcontractor's profit and overhead in relation to such change. Subcontractor's combined profit and overhead amount shall include all other so-called percentage mark-ups and costs including, but not limited to, bond costs, increased or adjusted bond costs, any and all non-productive labor, clean-up, supervision, project management, field supervision, fixed costs, non-fixed costs, unfixed costs, insurance, testing, start-up, warranty, small tools, big tools, miscellaneous materials, trash, trash removal, lay-out, re-layout, engineering, waste, coordination, estimating, other estimating expenses, remobilization, indirect costs, direct costs other than direct labor and material costs, etc. For example: If the percentage used is 10%, Subcontractor's maximum cost for a change = ((Subcontractor's direct labor cost including labor burden) + (Subcontractor's direct material cost including sales tax)) x (1.10). In the event that Owner issues a change order that includes an increase in Subcontractor's overhead and profit, such amount shall be limited as given herein.

(c)     Contractor shall have the right to inspect, copy and audit the books and records of Subcontractor or any sub-subcontractor making claim for reimbursement for actual costs related to change orders in order to verify the accuracy of all costs claimed.

(d)     All changes, additions or deletions to Work ordered in writing by Contractor shall be deemed part of the Work hereunder, and shall be performed in compliance with all provisions of the Contract Documents.

## ARTICLE 4 - PROSECUTION AND COMPLETION OF THE WORK

(a)     The Work to be performed by Subcontractor hereunder will be commenced immediately upon execution of this Agreement AND obtaining governmental approvals or as may otherwise be reasonably directed by Contractor in writing (the "Commencement Date").

(b)     Subcontractor shall achieve Substantial Completion of the Work in accordance with the Subcontract Documents no later than thirty (30) days after Commencement Date (hereinafter, the "Subcontract Time"), subject to the terms and provisions of this Agreement. "Substantial Completion" means the stage in the progress of the Work where the Work or designated portion thereof is sufficiently complete in accordance with the Subcontract Documents so that Owner can fully occupy or utilize the Work or designated portion thereof for its intended purpose. Substantial Completion shall require, without limitation, that: (i) all systems and parts are functional; (ii) all utilities are connected and operating normally, as applicable; (iii) all required permits have been issued; (iv) Subcontractor has provided Contractor with as-built record drawings; (v) Subcontractor has provided Contractor will with specifications and operation maintenance manuals for all equipment; and (vi) Subcontractor has provided Contractor will all guarantees and warranties issued by sub-subcontractors, materialmen and suppliers, if any. Subcontractor will not be penalized for work delays due actions or inactions of others which may cause interference of Subcontractor and not directly caused by Subcontractor. Subcontractor will also be granted delays caused by acts of god as per the Prime contract.

(c)     Subcontractor will achieve Final Completion of the Work in accordance with the Subcontract Documents no later than fifteen (15) days following the date of Substantial Completion. "Final Completion" is defined as the date when all punch list items have been completed as evidenced by the issuance of a written certification of final completion by the Contractor, and all conditions to final payment set forth in Article 2 above have been fully satisfied.

(d)     Subcontractor will prosecute the Work in a diligent, efficient, workmanlike, continuous and uninterrupted manner when the Work, or any part, becomes available, or at other times that Contractor directs. Subcontractor will not delay or interfere with the work of Contractor or any other subcontractor or the interests and activities of Owner. Materials furnished by Subcontractor will be furnished in time to perform and complete Subcontractor's Work within the time provided and in accordance with the Schedule. Subcontractor will reimburse Contractor and Owner for any damages incurred by Contractor and/or Owner attributable to Subcontractor's failure to perform the Work and/or furnish the materials required by this Agreement and the Subcontract Documents within the time fixed or in the manner specified. Upon written request by Contractor, Subcontractor will furnish such evidence as Contractor may require concerning Subcontractor's ability to perform

this Agreement and the Subcontract Documents in the manner and time specified (including, without limitation, evidence of Subcontractor's financial ability, timely payment of suppliers and sub-subcontractors, and good standing as a licensed contractor in the State of Florida). Subcontractor will, without adjustment to the Subcontract Sum, work overtime or extra shifts as necessary to meet or maintain construction schedules established from time to time by Contractor. Time is of the essence of this Agreement. Subcontractor agrees to comply with such quality control standards and field inspection procedures as Contractor and/or Owner may from time to time require.

(e)      All the Work will be subject to the general supervision, direction and approval of Contractor. Subcontractor will at all times furnish adequate, qualified jobsite supervision to direct the Work of its employees. The decision of Contractor concerning the interpretation of the drawings and specifications in the Subcontract Documents will be final. Subcontractor will abide by any additional specifications, drawings or explanations furnished, with the approval of Contractor, by Architect or Engineer to illustrate the Work to be done.

(f)      It is Subcontractor's responsibility to contact Contractor's superintendent about scheduling the Work. Subcontractor agrees to diligently complete the Work in compliance with all work schedules provided by Contractor, as the same may be amended from time to time.

(g)      Any sub-subcontractor, material supplier and/or laborer to the Subcontractor on the Project will also be bound by applicable terms of this Agreement and the Subcontract Documents. Upon Contractor's request, Subcontractor will furnish true and correct copies of any and all sub-subcontractor, supply and/or labor agreements on the Project and Contractor reserves the right to approve any and all such sub-subcontractors, suppliers and laborers. Upon execution of the Agreement, Subcontractor shall provide to Contractor a list of all then identified sub-subcontractors, material suppliers, and laborer providing Work on behalf of the Subcontractor. The list shall include the entity's legal name, address, phone number, fax number, and license number, if applicable, and be attached hereto as Exhibit "F" ("List of Subcontractors, Etc.") Designated lower-tiered contractors or suppliers may not be terminated without first providing Contractor with a complete release from the terminated party, and may not add a party without giving Contractor advanced written notice. Failure to comply with this term constitutes grounds for immediate termination for cause and suspension of payments.

(h)      To the extent Subcontractor may become aware that the Subcontract Documents, or any portion thereof, may not be in compliance with applicable laws, regulations and ordinances of the governing jurisdiction, Subcontractor will promptly notify Contractor and secure instructions from Contractor prior to proceeding with any Work in question.

(i)      The Contractor and Subcontractor both agree that time is of the essence in the performance of the Work, and that the amount of precise actual damages for any delay in the performance and completion of the Project is extremely difficult to determine. Accordingly, to the extent that the Subcontractor fails to perform the Work for reasons attributable to the Subcontractor or any of Subcontractor's Sub-subcontractors and therefore fails to achieve Substantial Completion within the Subcontract Time (as same may be adjusted), the Subcontractor shall be obligated to pay to the Contractor, as liquidated and agreed damages, and not as a penalty, the amount of Three-Hundred Fifty Dollars ($350.00) per day for each and every day of delay caused by the Subcontractor from the day following the expiration of the Subcontract Time to the date of Substantial Completion; provided however, that in no event shall the Subcontractor be obligated to pay liquidated damages in excess of the Subcontract Sum. In the event that the amount for liquidated damages is left blank, then the amount of liquidated damages shall be the Contractor's per diem General Conditions, plus the liquidated damages amount provided in the Prime Contract, if any. Such liquidated damages include the Contractor's reasonable estimate of all damages related to any delay or suspension, including damages attributable to lost revenues as well as other business losses that may be incurred by the Contractor. Notwithstanding anything contained in the Subcontract Documents to the contrary, the Contractor and Subcontractor expressly agree that in the event that Substantial Completion of the Work is not achieved within the Subcontract Time, or in the event of any other delay (including delays in the completion of any phase of the Work), the Subcontractor shall only be obligated to pay liquidated damages due pursuant to this Section, and shall not be obligated to the Contractor or any other party for any indirect or consequential damages or for other damages attributable to the delay resulting therefrom, regardless of the manner in which such delay

may be caused. Any liquidated damages charged to the Subcontractor will be withheld from the next due payment to the Subcontractor. If for any reason the liquidated damages as set forth above are unenforceable, the Contractor shall be entitled to receive all actual damages (including consequential damages) sustained as a result of the Subcontractor's failure to achieve Substantial Completion on or before the required date of Substantial Completion. Subcontractor will also be granted delays caused by acts of god as per the Prime contract.

## ARTICLE 5 – LABOR, MATERIALS AND DAILY REPORTS

(a)     Subcontractor will furnish enough properly skilled workmen to diligently prosecute the Work and will pay them in full timely. Subcontractor shall submit daily construction reports to Contractor showing the total number of workmen, a description of the work performed (classified by skills), and other matters, in the form attached hereto as Exhibit "G" ("Daily Construction Report").

(b)     Subcontractor will not employ any person to whose employment Contractor objects.

(c)     Subcontractor will only use new materials unless the Subcontract Documents otherwise specifically provide. When Subcontractor does not install material furnished by or through Subcontractor under this Agreement, Subcontractor will deliver, or cause to be delivered, such material FOB to the Project site. Subcontractor will pay for all materials when due.

## ARTICLE 6 - APPROVALS

(a)     Subcontractor will submit to Contractor for approval (which approval will be subject to Contractor's sole and absolute discretion) all shop drawings, submittal data, catalogs and samples, etc. required by the Subcontract Documents or that are necessary for satisfactory performance of the Work required hereunder within fifteen (15) days after execution of this Agreement or as otherwise required by the Subcontract Documents or Contractor.

(b)     All communications between Subcontractor and Architect, Engineer or Owner about the Work will be transmitted through Contractor.

(c)     Neither the Architect nor Engineer, as applicable, has the authority to direct work on the Project or with respect to this Agreement or the Subcontract Documents, unless and to the extent Contractor otherwise agrees in writing.

## ARTICLE 7 -APPROVAL OF WORK / DEFECTIVE OR NON-CONFORMING WORK

(i)     All Work is to be performed subject to the final approval of the Owner, Architect/Engineer (other design professionals if applicable) and Contractor at their sole discretion, and in accordance with the Plans and Specifications. Subcontractor shall conform to and abide by any additional specifications, drawings or explanations furnished by Architect or Engineer to illustrate the Work to be performed.

(ii)     All work and/or materials which are determined by the Owner, Architect/ Engineer (other design professionals if applicable) or Contractor to be defective or deficient in any manner shall be repaired, remedied, removed and/or replaced by the Subcontractor in the manner specified by the Owner, Architect/Engineer (other design professionals if applicable) or Contractor, at the sole cost and expense of the Subcontractor. If Subcontractor fails to so repair defective work within the time specified by the Contractor, then Contractor may cause the defective work or materials to be repaired at the expense of Subcontractor.

(iii)     With respect to the Subcontractor's warranty obligations herein, if, within five years (5) years after the date of Final Completion of the Work or designated portion thereof [or longer if specified by the Contract Documents, Prime Contract, or dictated by Statute], or after the date for commencement of other established warranties, any of the Work is found to be not in accordance with the requirements of the Contract Documents, the Subcontractor shall correct it promptly after receipt of written notice from the Owner or Contractor to do so, unless the Owner has previously given the Subcontractor a written acceptance of such condition. The Owner or

Contractor shall give such notice promptly after discovery of the condition. If the Subcontractor fails to correct nonconforming Work within a reasonable time during the period after receipt of notice from the Owner or Architect or Contractor, the Contractor may correct it and charge Subcontractor with all related costs and expenses of materials, labor and administration and recovery of general conditions, including but not limited to continued supervision, job overhead, insurance, project facilities and personnel, and other ongoing fixed costs. The five (5) year period [or longer if specified by the Contract Documents, Prime Contract, or dictated by Statute] for correction of Work shall be extended with respect to portions of the Work first performed after Final Completion, by the period of time between Final Completion and the actual performance of the Work.

      (iv)    In the event Subcontractor corrects or replaces any work during the warranty period, the warranty period shall reactivate from the date of the completion of the corrected Work. Subcontractor's warranty includes an implied warranty of merchantability and fitness for a particular purpose.

## ARTICLE 8 - CLEAN-UP

      (a)    Subcontractor, at Subcontractor's sole cost and expense, will clean daily and remove from the Project site or deposit in approved containers on the site all rubbish and surplus materials that accumulate from the Work under this Agreement and the Subcontract Documents. In the event Subcontractor does not perform the foregoing to the satisfaction of Contractor, Contractor may perform or cause to be performed such clean up and charge the cost thereof to Subcontractor (which cost may be subtracted by Contractor from any payment due Subcontractor under this Agreement or under any other contract or agreement between Subcontractor and Contractor).

      (b)    General debris and/or rubbish will be cleaned up by the Contractor as necessary in order to comply with safety codes and good practice and the cost thereof will be prorated and assessed monthly among the subcontractors on the Project based upon the ratio of total man days worked in the performance of each subcontract agreement in relation to Project total man days. Such pro rata assessments may be subtracted by Contractor from any payment due Subcontractor under this Agreement or under any other contract or agreement between Subcontractor and Contractor.

## ARTICLE 9 - SAFETY

      (a)    Subcontractor, at Subcontractor's sole cost and expense, will provide safe and sufficient facilities at all times for inspection of the Work by Contractor, Owner, Architect, Engineer and/or their respective representatives. Subcontractor will take all safety measures required by Contractor and the State of Florida safety rules and will comply with the Federal Occupational Safety and Health Act and any rule made pursuant to it, and all other applicable federal, state and local laws, rules and regulations, and will be responsible for (and will indemnify Contractor for) any damages or injuries caused by the Subcontractor's failure to comply with same. If Contractor deems it necessary, any precautions such as fences, watchmen, etc. may be required and Subcontractor will pay its proportionate share based on the ratio of the Subcontract Sum to the total contract price between Contractor and Owner.

      (b)    Subcontractor shall report any injury on the job site to the Contractor immediately upon the occurrence of said injury. In addition, the Subcontractor shall properly and promptly complete, duly execute and deliver to the Contractor a written report of the accident on a form furnished by or acceptable to Contractor. Subcontractor shall simultaneously deliver to the Contractor a true, correct and complete copy of any and all reports and other documents prepared by or on behalf of Subcontractor or in connection with the accident or occurrence at the time of delivery of such report or other document to any of Subcontractor's insurance companies. Failure to comply with Contractor's directives regarding safety shall be cause for the Contractor, at its sole discretion, to cause Subcontractor's forces to vacate the Project site until compliance is accomplished. In the event such actions become necessary, any delay to the Project as a result shall become the responsibility of the Subcontractor under the terms and conditions of this Agreement.

## ARTICLE 10 - PROTECTION OF WORK

Except as provided in Article 11 of this Agreement, Subcontractor will be responsible for the protection of the Work performed pursuant to this Agreement and Subcontract Documents until final completion and acceptance by Owner and Contractor, and will make good or replace any damage to the Work that occurs before such final acceptance at no expense to Contractor or Owner.

## ARTICLE 11 – ACCESS TO WORK

Contractor may access any area in which the Work is either partly or fully completed by Subcontractor before final inspection and acceptance without relieving Subcontractor from its guarantee of the Work and materials nor its obligations to make good any defect in materials or workmanship, or both. Notwithstanding the foregoing, Subcontractor will not be responsible for any damage to the Work caused by the gross negligence of Contractor during such access.

## ARTICLE 12 - OTHER CONTRACTS

Subcontractor acknowledges that Owner has the right to perform work in other portions of the Project by its own forces or separate contractors. Subcontractor will perform its Work in such a manner that Subcontractor will not injure, damage or delay work performed by Contractor or any other subcontractor or any separate contractor, and will pay Contractor and Owner for any damages or delay that Subcontractor may cause to such other work. Subcontractor will cooperate with Contractor, other subcontractors and separate contractors and will participate in the preparation of coordination drawings when required, specifically noting and advising Contractor of any interference with others.

## ARTICLE 13 – INSURANCE

(a)    Insurance.

(i)    Required Coverage. Subcontractor will maintain and pay for all of the following insurance coverage throughout the term of this Agreement in at least the minimum limits set forth below, as may be further increased in connection with the Contract Documents and the Owner's requirements:

- Workman's Compensation Insurance and Employer's Liability Insurance for amounts not less than that which is required by the laws of the State of Florida.
- Commercial General Liability Insurance for liability from damages because of injuries, including death, suffered by persons and for damage to property arising from Subcontractor's operations under this Agreement in limits required by the Subcontract Documents or otherwise required by Contractor, but of not less than $1,000,000.00 per occurrence or combined single limit, and $1,000,000.00 in the aggregate, and $1,000,000.00 for products and completed operations coverage. The insurance furnished by under this sub-paragraph will include broad form contractual liability insurance and coverage for independent contractors and completed operations.
- Comprehensive Automobile Liability Insurance covering all owned, non-owned and hired automobiles used in connection with the Work, in limits required by the Subcontract Documents or otherwise required by Contractor, but of not less than $500,000.00 per occurrence.

(ii)    Notwithstanding anything to the contrary set forth herein, the completed operations coverage shall be maintained by Subcontractor for a minimum of one (1) year following Final Completion, or such longer period as may be required by the Prime Contract.

(iii)   The policy or policies required to be provided by Subcontractor hereunder will be endorsed to include the Owner and Contractor as additional insureds, and will state that the insurance is primary insurance with regard to any other insurance carried by the Owner or Contractor.

(iv)   Should Subcontractor or its Sub-subcontractors elect to insure their equipment against loss by physical damage, such insurance policy or policies will include endorsements waiving the insurers' right of subrogation against Owner and Contractor. Such insurance will be Subcontractor's and its Sub-subcontractors' sole and complete means of recovery for such loss. SHOULD SUBCONTRACTOR OR ITS SUB-SUBCONTRACTORS CHOOSE TO SELF-INSURE THIS RISK IT IS EXPRESSLY AGREED THAT SUBCONTRACTOR AND ITS SUB-SUBCONTRACTORS WAIVE ANY CLAIM FOR DAMAGE OR LOSS TO SAID EQUIPMENT IN FAVOR OF EITHER OWNER OR CONTRACTOR. EVEN IF SUCH DAMAGE OR LOSS WAS CAUSED IN WHOLE OR IN PART BY THE NEGLIGENCE OF EITHER OWNER OR CONTRACTOR.

(v)   Subcontractor shall provide certified copies of each insurance policy required by the Subcontract Documents within ten (10) calendar days from the full execution of this Agreement, or prior to commencement of any Subcontract Work hereunder, whichever occurs first, and such policies shall be attached hereto as composite Exhibit "H" ("**Subcontractor's Insurance Policies**"). Subcontractor's delivery of such policies to Contractor shall be an express condition precedent to any right to payment Subcontractor may have under this Agreement. The insurance policies will provide for forty-five (45) calendar days written notice to Contractor before cancellation or modification. All policies will be issued by companies satisfactory to Contractor, who are licensed to issue insurance in the State of Florida. Timely renewal certificates will be provided to Contractor as the coverage renews.

(vi)   Subcontractor agrees that it will not, under any circumstances, allow any person to perform any Work on the project, either on or off site, on behalf of Subcontractor who is not covered by Subcontractor's worker's compensation insurance, in compliance with Sections 440.10 and 440.38, Florida Statutes, which are expressly incorporated herein by reference. Failure to comply with this requirement shall constitute a material breach of this Agreement by Subcontractor.

(vii)   To the extent the Subcontractor's Work requires the stamp or seal of a professional engineer (P.E.) or the submission of calculations or drawings of a design professional, Subcontractor shall procure and maintain at its own expense professional liability insurance with a minimum limit of $1,000,000.00 with a maximum deductible of $25,000.00. The Contractor reserves the right to require higher limits if the value of Subcontractor's Work exceeds more than $1,000,000.00.

(viii)   All Subcontractors utilizing testing companies or surveying companies shall obtain or require such testing companies or surveying companies to obtain Errors and Omissions liability coverage in the above stated amounts. Certificates of such insurance to be provided prior to commencement of the Work.

(ix)   If Subcontractor fails to procure and maintain any of the insurance required hereunder, Contractor shall have the right, but not the obligation, to procure and maintain the said insurance for and in the name of Subcontractor and Subcontractor shall pay the cost thereof and shall furnish all necessary information to make effective and maintain such insurance or at Contractor's opinion, Contractor may offset the cost incurred by Contractor against amounts otherwise payable to Subcontractor hereunder.

## ARTICLE 14 – TAXES

(a)   Subcontractor will pay all social security and other taxes imposed upon it as an employer and supplier of materials, labor and services in connection with the performance of this Agreement and will furnish evidence, when required by Contractor, showing that all such required payments have been paid. Subcontractor will pay all local, state and federal taxes, including any other applicable states' sales, use, consumer, excise and similar taxes, and unemployment and employee withholding, in connection with all Work performed under this Agreement. Both parties acknowledge that the Subcontract Sum due to Subcontractor under this Agreement, as

{FT540721:4}

10

well as each request for payment, will include sales, use, consumer, excise and similar taxes as may be applicable. Each request for payment will show all local, state and federal taxes separately.

(b)     Before beginning any Work, Subcontractor will become an independent contractor and employing unit, subject as an employer to all applicable unemployment compensation laws, so as to relieve Contractor of any liability for treating Subcontractor's employees as employees of Contractor for the purpose of keeping records, making reports and payment of unemployment compensation taxes or contributions.

## ARTICLE 15 - COMPLIANCE WITH LAW

(a)     Subcontractor will, at no cost to Contractor, keep and have available all records and make all payments, reports, collections, deductions and otherwise do all things to comply with all federal, state and local laws, ordinances and regulations as they affect Subcontractor's performance of this Agreement and the Work, including, but not limited to, those relating to production, purchase and sale, furnishing and delivering, pricing and use or consumption of materials, supplies and equipment, safety, hire, tenure or conditions of employment of employees, and their hours of work, wage rates, payment of wages and payment, collection and deduction of federal, state and local taxes and contributions.

(b)     Subcontractor will also comply with all manufacturers' suggested installation standards, where applicable.

## ARTICLE 16 – SUBCONTRACTOR'S RESPONSIBILITIES AND COMPLIANCE

(a)     Subcontractor represents that it is an entity duly organized, validly existing and in good standing under the laws of both the state of its formation and the State of Florida, and that it is properly licensed to perform the Work. Subcontractor affirms that there are no actions, suits or proceedings pending or threatened against it which could, directly or indirectly, adversely affect Subcontractor's performance of the Work.

(b)     Subcontractor represents that it has carefully examined the Subcontract Documents, including but not limited to all drawings and specifications, and affirms that the Subcontract Documents are adequate, sufficient and free from defects or ambiguities for the proper and complete performance of the Work, and that the plans and specifications meet or exceed the applicable laws, ordinances, rules, regulations and building codes for the Work.

(c)     Subcontractor acknowledges that it has visited the job site and has become familiar with all existing conditions or conditions affecting and governing the Project.

(d)     Subcontractor has and will maintain adequately skilled employees, workforces, materials, machinery and tools necessary to accomplish the Work. Subcontractor shall remove, or cause to be removed from the Project, any employee, lower tier-subcontractor or supplier who is considered unsatisfactory by Contractor or who fails to perform the Work in a satisfactory manner.

(e)     Any lower tiered agreements entered into by Subcontractor for the Work shall be subject to the provisions of the Subcontract Documents. Subcontracting by Subcontractor shall not relieve Subcontractor of any of the duties and obligations under this Agreement.

(f)     Subcontractor shall coordinate its work with all other subcontractors, sub-subcontractors, and suppliers on the Project so as not to delay or damage their performance, the Work or the Project.

## ARTICLE 17 - ASSIGNMENT

(a)     Neither any payment herein provided to be paid to Subcontractor, nor any other right or interest of Subcontractor hereunder shall be assigned or transferred without Subcontractor first having received the express, written consent of Contractor. In the event Contractor agrees to any such transfer or assignment, Contractor specifically reserves the right to renegotiate the Subcontract or to add any additional provisions as may

## ARTICLE 22 - NOTICE

When this Subcontract provides for notice, it will be given (a) in writing to either party by registered or certified mail (or other commonly recognized courier service with confirmation of delivery and receipt), addressed to the person as designated in this Article (or if to Subcontractor, to Subcontractor's representative at the Project); or (b) if to Subcontractor, orally to Subcontractor's representative at the Project site in an emergency; or (c) if to Subcontractor, by telephone to Subcontractor at the place designated in this Article. Such oral and telephone notices will be promptly confirmed in writing, in accordance with subparagraph (a). Although facsimile and telephone numbers are given herein below for convenience, where notice is required under the provisions of the Contract documents, it must be given in accordance with subsections (a) through (c) above.

| | |
|---|---|
| Notice to Subcontractor will be given at: | 8045 NW 36 Street, Suite 540 |
| | Doral, FL  33166 |
| | Telephone:  305-592-7900 |
| | Facsimile:   305-592-7997 |
| | |
| Notice to Contractor will be given at: | National Concrete Preservation, Inc. |
| | 2550 N.W. 39th Street |
| | Miami, Florida 33142 |
| | Telephone: (305) 546-8113 |
| | Facsimile: (305) 637-5500 |
| | Attn: Eddie Lopez |
| | |
| Notice to Owner will be given at: | Eldorado Towers Condominium Association, Inc. |
| | 3625-3675 North Country Club Drive |
| | Aventura, FL |

Neither the Subcontractor's nor the Contractor's respective representative may be changed without fifteen (15) calendar days' prior written notice. Notice addresses may be changed by notice in writing given by the proper party. At least forty-eight (48) hours notice will be given prior to a change in address. Notice time will run from the time it is given and under subparagraphs (b) and (c) from the time of oral and telephone notice.

## ARTICLE 23 - DEVOLUTION

This Subcontract binds the parties, their heirs, personal representatives, successors and permitted assigns.

## ARTICLE 24 – INDEMNIFICATION

(a)    To the fullest extent permitted by applicable law, Subcontractor agrees to indemnify, defend and hold harmless Contractor, Owner, Architect, Engineer, and each of their respective affiliated companies, partners, successors, assigns, heirs, legal representatives, devisees, officers, directors, shareholders, employees, insurers and agents (herein collectively called **"Indemnitees"**) from and against all claims, demands, actions, liens, compensatory damages, punitive damages, liability, costs, expenses, and attorneys' fees of any nature, kind or description of any person or entity, directly or indirectly arising out of, caused by, or resulting from (in whole or in part) (1) the work performed hereunder, (2) this Agreement and the Subcontract Documents, or (3) any act, omission or negligence of Subcontractor, including agents, contractors, suppliers, employees or servants of Subcontractor and persons directly or indirectly controlled by Subcontractor, regardless of whether such act, omission or negligence is within or outside the scope of any of the abovementioned entities' duties under this or any other agreement (herein collectively called the **"Liabilities"**), even if such Liabilities are caused in part by the negligence of any Indemnitee. Notwithstanding the foregoing, Subcontractor will not be obligated to indemnify the Indemnitees with respect to Liabilities resulting from the gross negligence or willful misconduct of an Indemnitee. It is agreed that with respect to any legal limitations now or hereinafter in effect and affecting the validity and enforceability of the indemnification obligation under this Article, such legal limitations are made a

part of the indemnification obligation to the minimum extent necessary to bring this Article into conformity with the requirements of such limitations and as so modified, the indemnification obligation shall continue in full force and effect. Subcontractor's obligation to indemnify the Indemnitees for Indemnitee's own negligence shall be limited to the amount of the Contract Sum, plus applicable change orders. The obligations of Contractor under this Subparagraph shall survive the expiration or termination of the Subcontract. The parties hereto acknowledge (a) that this Article complies with Section 725.06 of the Florida Statutes, and (b) that this Article is part of the project specifications and bid documents.

(b)      Subcontractor acknowledges that One Hundred and No/100 U.S. Dollars ($100.00) of the Subcontract Sum is given by Contractor and accepted by Subcontractor as specific consideration for the indemnification provided for in this article, and further acknowledges that this indemnification provision is a significant part of the inducement for Contractor to enter into this Subcontract. This Article shall survive the termination or cancellation of this Agreement.

## ARTICLE 25 - WARRANTIES

(a)      All Work performed and materials supplied under this Subcontract will be warranted by Subcontractor to Contractor, Owner and any third-party purchaser, and their respective representatives, agents and assigns in the same manner and for the same duration as Contractor warrants such work to the aforementioned individuals or entities, but in no event for a period of less than Five (5) years from Final Completion [or such longer period of time that may be required by the Prime Contract, the Contract Documents, or applicable law]. If this Subcontract shall be for the improvement of a condominium, then Subcontractor shall ensure that all warranties meet the minimum requirements of Chapter 718, Florida Statutes, and shall be effective for the duration required under Section 718.203(2) Florida Statutes, or longer, if expressly stated herein.

(b)      Subcontractor warrants that all material used shall be of good quality and new, and that all work performed under this Agreement shall be of the highest quality, free from faults and defects and in conformance with the Subcontract Documents, as well as all applicable laws and codes. Materials and Work not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective. If required by Contractor, Subcontractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment. If applicable, Subcontractor shall obtain all required manufacturers' standard warranties. Subcontractor shall assign all applicable manufacturers' warranties for materials and equipment used in the Work to Contractor and Owner.

(c)      This warranty in no way limits or diminishes any other warranties implied by law, required by statute, or as provided by any equipment manufacturer, and shall be considered in addition to, and not in lieu of, any other warranties.

## ARTICLE 26 – NON-RECOURSE

Notwithstanding anything to the contrary contained herein, neither the Contractor nor any direct or indirect partner, shareholder, officer, director, trustee or employee in or of Contractor (collectively, the "Non-Recourse Parties"), will be personally liable in any manner or to any extent under or in connection with this Agreement, and Subcontractor will have no recourse to any assets of any of the Non-Recourse Parties other than the interest in the Project to satisfy any liability, judgment or claim that may be obtained or made against any of the Non-Recourse Parties under this Agreement or in connection with the Project. The limitation of liability provided in this Article is in addition to, and not in limitation of, any limitation on liability applicable to any of the Non-Recourse Parties provided by applicable laws or by this Agreement or any other contract, agreement or instrument.

## ARTICLE 27 - WAIVER OF JURY TRIAL

CONTRACTOR AND SUBCONTRACTOR EACH KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE THE RIGHT EACH MAY HAVE TO A TRIAL BY JURY OF, UNDER OR IN

(ii)      Contractor shall have the right to join Subcontractor as a party in any dispute resolution procedure (including, without limitation, binding arbitration) between the Owner and Contractor, and/or between Contractor and any other Subcontractor(s), together with such other subcontractors or parties as may be appropriate, where in the judgment of Contractor the issues in dispute are related to the Work or performance of Subcontractor.

IN WITNESS WHEREOF, the parties have caused this executed Agreement to be executed as of the date written above.

WITNESSES:

CONTRACTOR:

NATIONAL CONCRETE PRESERVATION, INC.,
a Florida Corporation.

Print Name: __stephanie lopez__

By: _____
Print Name: ___JUAN J. DUATE___
Title: _____CEO_____

SUBCONTRACTOR:

ROSMEL POOLS INC
A Florida Corporation

Print Name: __stephanie lopez__

By: _____
Print Name: ___Nithalos Martin___
Title: _____President_____

## EXHIBIT A

## SCOPE OF WORK

PROJECT: _____ Eldorado Towers _____

OPERATION: _____

SUBCONTRACTOR: _____ Rosmel Pools Inc _____

Subcontractor agrees to furnish all labor, materials and services including but not limited to the following: equipment, services, competent supervision, and all other specifications as outlined in this exhibit necessary to complete restoration of: _____ Pool and Spa _____.

All of the foregoing will be done in accordance with the Agreement and the Subcontract Documents, including the Schedule of Work prepared by and at the sole discretion of Contractor, as the same may be amended and modified from time to time by and at the sole discretion of Contractor.   By way of example, and not limitation, Subcontractor will specifically perform the following work:

1.   Refer to Project Manual & Drawings as detailed in Exhibit B and according to Subcontract Documents..

2. _____.

3. _____.

4. _____.

5. _____.

6. _____.

7. _____.

8. _____.

9. _____.

10. _____.

**IN  ADDITION  TO  THE  PROVISIONS  AND  REQUIREMENTS  OF  THE  AGREEMENT, SUBCONTRACTOR ACKNOWLEDGES AND AGREES THAT SUBCONTRACTOR IS RESPONSIBLE FOR:**

1.    Delivering, unloading and storing of equipment and materials required for the Work.

2.    Any damage Subcontractor may inflict on the work of other trades including, without limitation, materials and labor.

3.    Coordination of Subcontractor's work schedule with that of related trades.

4.    Clean up of all debris and placement in designated areas.

{FT540721;4}

5.      Not making any deviation from drawings or the Subcontract Documents unless previously authorized in writing by Contractor.

6.      Not submitting any invoices for extra work unless such extra work has previously been approved in writing by Contractor and unless such invoices are accompanied by documents which Contractor may from time to time require. Invoices will be returned to Subcontractor's office if this procedure is not followed.

7.      Ensuring that Subcontractor's Work is accepted by any quality control standards designated by Owner and/or Contractor, and for making any corrections that are required to conform to such standards in a timely and workmanlike manner at no cost to Contractor or Owner.

8.      Ensuring that the appearance, quality, quantity, method of installation, and all other characteristics of the Subcontractors' Work is in accordance with the Agreement (including this Exhibit A).

9.      Notifying Contractor in writing prior to commencement of Work by Subcontractor that the construction completed prior to the Work to be performed by the Subcontractor hereunder is not satisfactory to Subcontractor. By commencing and proceeding with the Work under the Agreement, the Subcontractor will be deemed to have accepted the conditions of such prior completed construction; and the lack of quality of workmanship of such prior completed construction will not then be an excuse for the failure of the Work under this Agreement to meet the quality of workmanship required hereunder.

10.     Attending scheduled jobsite meetings as called by Contractor. Subcontractor will pay a fine as determined by Contractor for each failure to attend such a meeting.

11.     Placing a storage trailer on the site if, but only if, deemed necessary or desirable by Contractor to ensure timely completion of Subcontractor's Work under this Agreement.

12.     Depositing trash in containers provided by Contractor. Subcontractor will pay a fine as determined by Contractor for each failure to comply with the foregoing.

13.     Ensuring that all Work performed under this Agreement is in accordance with referenced plans, and all applicable local, county, village or state codes, ordinances and statutes.

14.     Preparing and filing applications and obtaining approval as may be required by the governing authorities.

15.     Performing Work in accordance with the Contractor's schedules and at the direction of the Contractor.

16.     Making all required repairs without delay and at no extra cost.

17.     Completing all "punch-out" items within the time specified by the Contractor to insure the turn over of the Project on time.

## EXHIBIT B

### SUBCONTRACT DOCUMENTS

1.      Plans. specifications. drawings and other materials provided by Contractor and/or Owner from time to time.

2.      Construction Manual prepared by Hillman Engineering. Inc. (the "Architect"). described as Concrete Restoration Masonry and Other Structural Repairs & Restorations(s) to Parking & Pool Decks & Structures dated October 20. 2010. as the same may be revised from time to time.

3.      Engineering drawings prepared by DeRose Design Consultants Inc. (the "Engineer"). described as El Dorado Towers Condominium Association (SPA 1 – 5) , as the same may be revised from time to time.

4.      All bid documents used by Subcontractor to form its bid for the Project including that bid dated August 1, 2011.

5.      General and special conditions.

6.      The Contractor's Schedule, as defined herein.

7.      The Prime Contract between Contractor and Owner. dated October 29. 2010. as same may be revised from time to time.

## EXHIBIT C

SCHEDULE

[TO BE ATTACHED]

{FT540721;4}

**EXHIBIT D**

**PAYMENT APPLICATION**

FROM:_____     APPLICATION NO.:_____
                                                PERIOD TO:_____
PROJECT NAME:_____     PROJECT NO.:_____

STATEMENT OF CONTRACT AMOUNT:                    Contractor Use Only

| | | |
|---|---|---|
| 1. Original Contract Amount | $_____ | $_____ |
| 2. Approved Changes (Net) (Add. Deduct) (as per attached breakdown) | $_____ | $_____ |
| 3. Adjusted Contract Amount | $_____ | $_____ |
| 4. Value of Work Completed to Date: (as per attached breakdown) | $_____ | $_____ |
| 5. Materials Stored on Site: (as per attached breakdown) | $_____ | $_____ |
| 6. Total (line 4 + 5) | $_____ | $_____ |
| 7. Less Amount Retained (10%) | <$_____> | <$_____> |
| 8. Total Amount Earned Less Retainage | $_____ | $_____ |
| 9. Less Previous Applications for Payment | $_____ | $_____ |
| 10. AMOUNT OF THIS REQUEST | $_____ | $_____ |
| 11. Balance to Finish, Plus Retainage (line 3 less Line 8) | $_____ | $_____ |

CERTIFICATE OF THE SUBCONTRACTOR:

     I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Subcontract (and all authorized changes thereto) between the undersigned and NATIONAL CONCRETE PRESERVATION, INC., relating to the above-referenced project.

     I also certify that all laborers, material men, suppliers, contractors, and subcontractors used on or in connection with the performance of this Subcontract have been paid in full, except as noted on the attached page [attach if applicable]. I further certify that I have complied with all Federal, State, and local tax laws, including Social Security laws performance and Unemployment Compensation laws and Worker's Compensation laws insofar as applicable to the performance of the Subcontract.

     Furthermore, in consideration of payments received, and upon receipt of the amount of this request, the undersigned does hereby waive, release and relinquish any and all claims under any applicable surety bond, rights of lien upon the Project and real property upon which the Project is located, and any and all causes of action which the undersigned may now have or hereafter acquire including, but not limited to, those rights as contemplated by Chapters 255 and 713 Florida Statues, except for rights to the extent that payment is retained pursuant to written agreement of payment to become due for work performed subsequent to the date hereof.

SUBCONTRATOR

ROSMEL POOLS INC

By:_____
Print Name:_____
Its:_____
Date:_____

STATE OF _____ )
                           ) ss.
COUNTY OF _____ )

The foregoing instrument was acknowledged before me this _____ day of _____, 20___ by
_____ as _____ of
_____.

WITNESS my hand and official seal.


_____
Notary Public

My commission expires: _____


APPROVED AS SUBMITTED/REVISED:

NATIONAL CONCRETE PRESERVATION, INC.

By:_____
Print Name:_____
Its:_____
Date:_____

## EXHIBIT E

### WAIVERS AND RELEASES OF LIEN AND
### FINAL CONTRACTOR'S AFFIDAVIT

[ATTACHED]

{FT340721;4}

## PARTIAL WAIVER AND RELEASE OF LIEN

KNOW ALL MEN BY THESE PRESENTS:

That _____ (the "Lienor") for and in consideration of the payment of the sum of $_____ and other good and valuable consideration paid by National Concrete Preservation, Inc. ("Contractor"), receipt of which is hereby acknowledged, hereby releases, waives and quit claims to Contractor and _____ (the "Owner"), their successors and assigns, all liens, lien rights, claims or demands of any kind whatsoever, which Lienor now has or might have against Contractor and/or Owner and/or the buildings and improvements on the premises described as:

Eldorado Towers Condominium Association, Inc.
3625-3675 North Country Club Drive Aventura, FL 33180

(the "Property") on account of labor and services performed and/or material furnished for the construction of any improvements thereon. That the undersigned has the right and authority to execute this Partial Waiver and Release of Lien on behalf of the Lienor. That this is a waiver of all lien rights which Lienor has against the Property for all labor, material and services performed thereon, including all extras and change orders, that all laborers retained or employed by the Lienor for construction of improvements on the Property, all suppliers and sub-contractors of Lienor who have furnished labor, material and services for the undersigned for the construction of improvements on the Property, and all labor, services and materials used by the undersigned in the construction of said improvements, have been paid in full for work performed or materials supplied, up to and including the ____ day of _____, 200__.

THE UNDERSIGNED ACKNOWLEDGES THAT, UNDER FLORIDA STATUTES THE CONTRACTOR, OWNER AND OTHER PARTIES HAVE A RIGHT TO RELY UPON THIS WAIVER AND RELEASE AND THAT MAKING ANY FALSE STATEMENTS SHALL CONSTITUTE PERJURY AND PUNISHMENT CAN BE MADE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA.

IN WITNESS THEREOF, I have hereunto set my hand seal this __ day of _____, 20____.

Signed, sealed and delivered
in the presence of:

_____
a _____ corporation

_____
Print Name of Witness Below:

By: _____
Printed Name: _____
Title: _____

_____

_____
Print Name of Witness Below:

_____

STATE OF FLORIDA          )
                          ) ss:
COUNTY OF _____    )

The foregoing instrument was acknowledged before me this ____ day of _____, 20____ by _____ of _____, a _____ corporation on, on behalf of the corporation. He/she is personally known to me or has produced _____ (type of identification) as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires:

## FINAL WAIVER AND RELEASE OF LIEN

KNOW ALL MEN BY THESE PRESENTS:

That _____ ("Lienor ") for and in consideration of the payment of the sum of $_____ and other good and valuable consideration paid by National Concrete Preservation, Inc. ("Contractor") receipt of which is hereby acknowledged, hereby forever releases, waives and quit claims to the said Contractor and _____ ("Owner"), and their successors and assigns, all liens, lien rights, claims or demands of any kind whatsoever, which Lienor now has or might have against Contractor or Owner, or the buildings and improvements on the premises described as:

Eldorado Towers Condominium Association, Inc.
3625-3675 North Country Club Drive Aventura, FL 33180

(the "Property") on account of labor and services performed and/or material furnished for the construction of any improvements thereon. That the undersigned has the right and authority to execute this Final Waiver and Release of Lien on behalf of the Lienor. That this is a waiver of all lien rights which Lienor has against the Property for all labor, material and services performed thereon, including all extras and change orders, that all laborers retained or employed by the Lienor for construction of improvements on the Property, all suppliers and subcontractors of Lienor who have furnished labor, material and services for the undersigned for the construction of improvements on the Property, and all labor, services and materials used by the undersigned in the construction of said improvements, have been paid in full for work performed or materials supplied.

THE UNDERSIGNED ACKNOWLEDGES THAT, UNDER FLORIDA STATUTES THE CONTRACTOR, OWNER AND OTHER PARTIES HAVE A RIGHT TO RELY UPON THIS WAIVER AND RELEASE AND THAT MAKING ANY FALSE STATEMENTS SHALL CONSTITUTE PERJURY AND PUNISHMENT CAN BE MADE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA.

IN WITNESS THEREOF, I have hereunto set my hand seal this __day of _____, 20___.

Signed, sealed and delivered
in the presence of:

_____
a _____ corporation

_____
Print Name of Witness Below:

By:_____
Printed Name: _____
Title: _____

_____

_____
Print Name of Witness Below:

_____

STATE OF                            )
                                    ) ss:
COUNTY OF                           )

The foregoing instrument was acknowledged before me this ____ day of _____, 20___, by _____ of _____, a _____ corporation on, on behalf of the corporation.  He/she is personally known to me or has produced _____ (type of identification) as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires:

## FINAL PAYMENT AFFIDAVIT

COUNTY OF_____)
                                                        )ss:
STATE OF _____)

**KNOW ALL MEN BY THESE PRESENTS:**

BEFORE ME, the undersigned authority, personally appeared _____ who, after being duly sworn, deposes and says of his/her personal knowledge as follows:

(1)      He/She is the _____ of _____ ("Subcontractor") which is the subcontractor in connection ith the development of certain improvements located or to be located on the property described as Eldorado Towers Condominium Association, Inc. 3625-3675 North Country Club Drive Aventura, FL 33180 (the "Property").

(2)      Subcontractor, pursuant to a subcontract dated _____ (the "Subcontract") with National Concrete Preservation, Inc. ("Contractor") has furnished or caused to be furnished labor, material and services for the construction of said improvements on the Property.

(3)      This affidavit is executed by Subcontractor for the purpose of obtaining final payment from Contractor in the amount of $_____ for all of the work completed pursuant to the Subcontract in accordance with the application for payment attached to this affidavit as **Exhibit "A"** ("Application for Payment").

(4)      All work or materials for which payment has been requisitioned in the attached application has been completed or delivered to the Property, as the case may be, and all persons or entities entitled to file a lien against the Property arising of out the materials, services, supplies or labor furnished in connection with the work have been paid in full, except the following lienors:

| Name of Lienor | Amount Due |
|---|---|
| _____ | _____ |
| _____ | _____ |

(5)      The undersigned certifies that: (i) the work covered by the attached application for payment has been completed in accordance with the Subcontract Documents (as defined therein), including, but not limited to the requirements of all appropriate governmental authorities; (ii) all amounts have been paid by Subcontractor for work and/or materials for which previous applications for payment were issued and payments received from Contractor; and (iii) the current payment shown in the attached application for payment is now due in accordance with the Subcontract.

(6)      That all waivers and releases delivered to Contractor pursuant to the Subcontract Documents are true, correct and genuine and that there is no claim either legal or equitable to defeat the validity of said waivers and releases, except as may be expressly and specifically set forth therein.

Dated this _____ day of _____, _____.

                                          By: _____

Sworn to and subscribed before me this _____ day of _____, 20____.

                              _____
                              Notary Public
                              My commission expires: _____

[FT540721:4]

## EXHIBIT "A"
## APPLICATION FOR PAYMENT

[INSERT]

{FT540721;1}

**EXHIBIT F**

LIST OF SUB-SUBCONTRACTORS, ETC.

NONE

## EXHIBIT G

### DAILY CONSTRUCTION REPORT FORM

[NEXT PAGE]

# DAILY CONSTRUCTION REPORT

Project Name_____ Date_____

| Weather | Sunny Overcast | Still Gusting | Additional_____ | Temperature: am ___ pm ___ |
|---|---|---|---|---|
| (Circle one of each) | Partly Cloudy Rainy | Breezy | Notes_____ | Lost time_____ hrs |

## PERSONNEL ON SITE

| | Number | | Number | | Number | | Number |
|---|---|---|---|---|---|---|---|
| Project Manager | _____ | Demolition | _____ | Insulation | _____ | Fire Sprinklers | _____ |
| Asst. PM / Field Engineer | _____ | Sitework | _____ | Roofing | _____ | Plumbing | _____ |
| Supervisor | _____ | Piling | _____ | Windows / Doors | _____ | HVAC | _____ |
| Craft Foreman | _____ | Landscaping | _____ | Glass & Glazing | _____ | Electrical | _____ |
| Carpenters | _____ | Concrete | _____ | Plaster & Stucco | _____ | | _____ |
| General Labor | _____ | Masonry | _____ | Drywall | _____ | | _____ |
| | _____ | Precast | _____ | Tile / Stone | _____ | | _____ |
| | _____ | Structural | _____ | Wood Floor | _____ | | _____ |
| | _____ | Carpentry | _____ | Swimming Pool | _____ | | _____ |
| | _____ | Millwork | _____ | Elevator | _____ | | _____ |

ACCIDENTS:_____

INSPECTIONS:_____

VISITORS:_____

## WORK COMPLETED TODAY (Item, quantity, location):

| 1. _____ | 11. _____ |
|---|---|
| 2. _____ | 12. _____ |
| 3. _____ | 13. _____ |
| 4. _____ | 14. _____ |
| 5. _____ | 15. _____ |
| 6. _____ | 16. _____ |
| 7. _____ | 17. _____ |
| 8. _____ | 18. _____ |
| 9. _____ | 19. _____ |
| 10. _____ | 20. _____ |

## Equipment Status (Received, returned, downtime):

| 1. _____ | 3. _____ |
|---|---|
| 2. _____ | 4. _____ |

## MATERIALS RECEIVED TODAY:

| 1. _____ | 3. _____ |
|---|---|
| 2. _____ | 4. _____ |

## PROBLEMS / DELAYS:

| 1. _____ | 3. _____ |
|---|---|
| 2. _____ | 4. _____ |

## ADDITIONAL NOTES (Use reverse side, if necessary):

_____

_____

{FT540721:4}

33

## EXHIBIT H

### SUBCONTRACTOR'S INSURANCE POLICIES

[TO BE ATTACHED]

{FTF540721;4}



**CUSTOMER NAME:**   EL DORADO TOWERS                 **DATE** 08.01.11

**PROPERTY ADDRESS:** 3675 N. COUNTRY CLUB DRIVE

| POOL SCOPE OF WORK | PRICE |
|---|---|
| TILE MATERIAL (SUPPLIED BY OWNER) | BY OWNER |
| COPING MATERIAL AND INSTALLATION (DOUBLE BULLNOSE) | $  8,000.00 |
| TILE INSTALLATION | $  5,000.00 |
| DEPTH MARKERS MATERIALS AND INSTALLATION | $  1,200.00 |
| POOL PREP (CLEANING) | $    600.00 |
| ROUND COVE AT BOTTOM PERIMETER | $  1,500.00 |
| NEW DIAMOND BRITE | $  7,500.00 |
| ALL GUTTER DRAIN INSTALLATION | $    500.00 |
| ALL RETURNS | $    500.00 |
| VACCUM LOCK | |
| MAIN DRAIN COVERS - MATERIALS AND INSTALLATION | |
| SITE CLEAN UP | $    500.00 |
| CHEMICAL START UP | $    700.00 |
| CONTRACTOR'S 30% | $  7,800.00 |
| **POOL SCOPE OF WORK TOTAL** | **$ 33,800.00** |

| SPA SCOPE OF WORK | |
|---|---|
| TILE MATERIAL BY OWNER | |
| TILE AND MUDCAP INSTALLATION | $  1,800.00 |
| COVE AT BOTTOM | $    700.00 |
| DIAMOND BRITE | $    500.00 |
| ALL JETS AND REURNS | $  1,000.00 |
| CHEMICAL START UP | $    300.00 |
| DEPTH MARKERS | $    300.00 |
| CONTRACTOR'S 30% | $    300.00 |
| | $  1,500.00 |
| **SPA SCOPE OF WORK TOTAL** | **$  6,400.00** |

**EL DORADO TOWERS POOL AND SPA RENOVATION GRAND TOTAL**     **$ 40,200.00**

**NOTE:**

COPING MATERIAL WILL NOT BE MADE UNTIL PLANS ARE REVISED AND APPROVED BY DOH

**NOT INCLUDED:**

ANY PERMITS

ELECTRICAL WORK

PLUMBING WORK

ANY POOL EQUIPMENT

ROSMEL POOLS, INC., 8045 NW 36 ST SUITE 540 DORAL, FL. 33166 - SALES: 305.592.7900, FAX: 305.592.7997 - CPC - 1456904 - rosmelpools.com